OPINION — AG — THE OPINION NO. JULY 29, 1960, CONTAINS A CORRECT STATEMENT OF LAW, AND IS STILL APPLICABLE; THAT 26 O.S. 1961 102.1 [26-102.1] THROUGH 26 O.S. 1961 102.17 [26-102.17] ARE VALID LAWS UNLESS A COURT OF COMPETENT JURISDICTION HOLDS TO THE CONTRARY; AND THAT 26 O.S. 1961 102.4 [26-102.4] AND 26 O.S. 1961 102.6 [26-102.6] APPLY TO ANY COUNTY, OR COUNTIES, WITHIN THE STATE OF OKLAHOMA HAVING A POPULATION OF NOT LESS THAN 60,000 NOR MORE THAN 90,000 ACCORDING THE FEDERAL DECENNIAL CENSUS. CITE: 26 O.S. 1961 93.16 [26-93.16], 26 O.S. 1961 93.23 [26-93.23], 26 O.S. 1961 93.14 [26-93.14], 26 O.S. 1961 101 [26-101](C), 26 O.S. 1961 102.6 [26-102.6], 26 O.S. 1961 102.4 [26-102.4](E) (HARVEY CODY)